AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00302 |
| Lawrence Silas Billiter | ) | Assigned To : Harvey, G. Michael |
|  | ) | Assign. Date : 11/08/2023 |
|  | ) | Description: Complaint W/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lawrence Silas Billiter                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:     11/08/2023

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2023.11.08 11:21:07 -05'00'

City and state:     Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  11/08/2023 , and the person was arrested on *(date)*  11/13/2023
at *(city and state)*  Flint, Michigan

Date:  11/13/2023

*Arresting officer's signature*

Robert McDonald, SA FBI
*Printed name and title*